ELIZABETH J. CAMPBELL, Respondent, *v.* GERTRUDE BROWN et al., Defendants, and DUNCAN M. LINDSAY, Appellant.

Submitted March 5, 1945; decided March 8, 1945.

*Orville R. Dunn* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the appellant Lindsay serves and files the required undertaking for costs and pays ten dollars costs of the motion within ten days, in which event the motion is denied.